USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/5/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, ET AL.,

                Petitioners,

-against-

FERREIRA CONSTRUCTION CO., INC.,

                Respondent.

19-CV-8026 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty (60) days.

**SO ORDERED.**

Dated:    February 5, 2020
             New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**